# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **LEONARD AMATO and DONNA BARAN,** | |
| Plaintiffs, | 2009-CV-0052 |
| v. | |
| **S/V SLIPSTREAM her tackle, gear, and all of her appurtenances,** *in rem*, | |
| Defendant. | |

**TO:**  Michael Fitzsimmons, Esq.

## ORDER

Upon reading the Verified Complaint and the Motion for Issuance of a Warrant for Maritime Arrest, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C appear to exist, it is this 13th day of April, 2009, by the District Court of the Virgin Islands, Division of St. Thomas and St. John,

**ORDERED** that the Clerk of the Court shall issue a summons and warrant of maritime arrest as prayed for in the Verified Complaint; and it is further

**ORDERED** that any person claiming an interest in the property arrested pursuant to said warrant of maritime arrest shall, upon application to this Court, be entitled to a prompt hearing upon not fewer than three (3) days notice to Plaintiffs, at which time

*Amato v. S/V Slipstream*
2009-CV-0052
Order
Page 2

Plaintiffs shall be required to show why the arrest should not be vacated or other relief granted; and it is further

    **ORDERED** that a copy of this Order be attached to and served with the warrant of maritime arrest.

                                                           ENTER:

Dated: April 13, 2009                              /s/ George W. Cannon, Jr.
                                                            GEORGE W. CANNON, JR.
                                                            U.S. MAGISTRATE JUDGE